**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6046**

JAMES C. MCNEILL,

Plaintiff - Appellant,

versus

TERRILL PARKER; ROBERT D. FOUNTAIN; EVELINE
FAULK, R.N.; GEORGE E. CURRIE; WILLIAM FEARNS;
LINWOOD DUNSTON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
District Judge.  (CA-04-691-5-CT-H)

Submitted:  May 18, 2005                 Decided:  July 11, 2005

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James C. McNeill, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James C. McNeill appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McNeill v. Parker, No. CA-04-691-5-CT-H (E.D.N.C. Nov. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED